IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MILTON LEWIS,

      Appellant,

v.

                                     Case No.  5D22-208
                                     LT Case No. 2001-CF-34524-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Milton Lewis, Daytona Beach, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and WOZNIAK, JJ., concur.